No. 43. SHEVIN ET AL. *v.* LAZARUS. Appeal from D. C. S. D. Fla. Motion of appellee for leave to proceed *in forma pauperis* granted. Judgment vacated and case remanded for reconsideration in light of *Younger* v. *Harris, ante,* p. 37. MR. JUSTICE DOUGLAS would note probable jurisdiction and affirm the judgment. [For earlier order herein, see 400 U. S. 924, *sub nom. Faircloth* v. *Lazarus.*]

No. 102. GOODMAN ET AL. *v.* WHEELER ET AL. Appeal from D. C. W. D. N. C. Judgment vacated and case remanded for reconsideration in light of *Younger* v. *Harris, ante,* p. 37. MR. JUSTICE DOUGLAS would note probable jurisdiction and affirm the judgment. 

No. 116. McGREW ET AL. *v.* CITY OF JACKSON ET AL. Appeal from D. C. S. D. Miss. Judgment vacated and case remanded for reconsideration in light of *Younger* v. *Harris, ante,* p. 37; *Samuels* v. *Mackell,* and *Fernandez* v. *Mackell, ante,* p. 66. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted and case set for oral argument. 

No. 134. HOSEY ET AL. *v.* CITY OF JACKSON ET AL. Appeal from D. C. S. D. Miss. Judgment vacated and case remanded for reconsideration in light of *Younger* v. *Harris, ante,* p. 37; *Samuels* v. *Mackell,* and *Fernandez* v. *Mackell, ante,* p. 66. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted and case set for oral argument. 

No. 484. BYRNE, DISTRICT ATTORNEY OF SUFFOLK COUNTY *v.* P. B. I. C., INC., ET AL. Appeal from D. C. Mass. Judgment vacated and case remanded to consider question of mootness.